UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ALVIN BALL #524942 | CIVIL ACTION NO. 19-cv-613 SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JAMES M LEBLANC ET AL | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, the Court concurs with the findings of the Magistrate Judge under the applicable law.

The Court notes that in early December 2020, Plaintiff responded to a September 8, 2020 order issued by the Magistrate Judge directing Plaintiff to "immediately" notify the Court of his new address. Record Documents 41 and 44. The order stated that if Plaintiff responded, he would be given the opportunity to respond to Defendants' motion for summary judgment. Record Document 44 at 1. When Plaintiff had not responded by October 19, 2020, the Magistrate Judge issued the instant Report and Recommendation and ordered that it be sent to the address at which Plaintiff has now confirmed he could be reached. Despite this, Plaintiff filed no objection to the Report & Recommendation. In Plaintiff's December response, he states that he was delayed in responding to the order because he was in solitary confinement, which caused mail delays, and because the coronavirus limited his access to legal assistance. Plaintiff does not state for how long his

mail was delayed, why he needed legal assistance to inform the Court of his address, or why he failed to object to the Report and Recommendation or request an extension of time to do so. Because of this, the Court finds that Plaintiff failed to "immediately" respond to the Magistrate Judge's order and has therefore forfeited the opportunity to respond to the motion for summary judgment.

For the reasons set forth in the Report and Recommendation, it is ordered that Defendants' Motion for Summary Judgment (Doc. 38) is granted and that all claims against Col. Lonnie Nail, Major Jeremy Wallace, Warden Jerry Goodwin, and Secretary James LeBlanc are dismissed with prejudice, and all claims against the Louisiana Department of Public Safety & Corrections are dismissed without prejudice for lack of jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___6th_____ day of _February_____, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE